Entered: May 28, 2014
Signed: May 28, 2014

**SO ORDERED**



ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–31368 – RAG      Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

DUJAMAE, LLC
*debtor has no known aliases*
1501 S. Clinton Street
Baltimore, MD 21224

Social Security No.:

Employer's Tax I.D. No.:   26–4424489

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 12/23/13.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec –** *tmeany*